# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO ANGEL ROSA, | : | CIVIL ACTION |
|     Plaintiff | : | |
|     v. | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
|     Defendant | : | NO. 18-4880 |

## ORDER

**AND NOW**, this 14th day of May, 2019 upon consideration of "Defendant's Amended Uncontested Motion to Remand" (Document No. 13), for the reasons provided in the preceding Memorandum of today, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Commissioner's final decision is **REVERSED** and, pursuant to sentence **four** of 42 U.S.C. 405(g), the case is **REMANDED** so that the Commissioner may re-evaluate whether Plaintiff meets the twelve-month durational requirement for disability. Finally, it is also **ORDERED** that Judgment is entered in favor of Plaintiff, Julio Angel Rosa.

**BY THE COURT**:


   */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge